# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ANTHONY ALEXANDER                                                            PLAINTIFF

VS.                             5:18-cv-00162 BRW-PSH

McLINTEN, *et al.*                                                          DEFENDANTS

## JUDGMENT

Based on the order entered today, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED, this 6th day of July, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE